UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JASON SKEET,<br><br>                     Defendant. | 23 Cr. 00632 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Upon Defendant's application, the sentencing previously scheduled for April 4, 2024 is hereby ADJOURNED to **June 18, 2024** at **11:15 a.m.**

      SO ORDERED.

Dated: March 22, 2024
       New York, New York

                                                                  _____
                                                                  JENNIFER H. REARDEN
                                                                  United States District Judge